UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **DARRON McCALL,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
| **v.** | )   Case No. 1:21-cv-446-AMM-JHE |
| | ) |
| **SHELBY COUNTY JAIL,** *et al.***,** | ) |
| | ) |
|    **Defendants.** | ) |

**MEMORANDUM OPINION**

Plaintiff Darron McCall filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971), alleging violations of his rights under the Constitution or laws of the United States. Doc. 30. The magistrate judge entered a report on January 8, 2024, recommending the court dismiss this action under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. Doc. 33. Although the magistrate judge advised Mr. McCall of his right to file written objections within fourteen days, the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1), this action is

due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this 30th day of January, 2024.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE